THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KALEB KRISTOFFERSEN, | CASE NO. C23-0574-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PROFESSIONAL CREDIT SERVICE aka RAY KLEIN, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 12). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED. The Clerk is DIRECTED to close this case.

//

//

//

//

MINUTE ORDER
C23-0574-JCC
PAGE - 1

DATED this 9th day of August 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C23-0574-JCC
PAGE - 2